PARACHUTES, INC. v. TOWNSHIP OF LAKEWOOD.

February 13, 1973. Petition for certification denied. (See 121 *N. J. Super.* 48).

STATE OF NEW JERSEY v. VINCENT JAMES CRAPAROTTA.

February 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES FISHER.

February 13, 1973. Petition for certification denied.

THERESA NINI v.
BOARD OF ADJUSTMENT, BOROUGH OF PRINCETON.

February 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES A. GREENE.

February 13, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY A. CAGLE.

February 13, 1973. Petition for certification denied.